1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY HAMLET,

11              Plaintiff,                    No. CIV S-10-1629 EFB P

12        vs.

13   SECRETARY OF CDCR,

14              Defendant.                    <u>ORDER</u>

15   _____/

16        Plaintiff is a prisoner without counsel who, it appears, intends to seek relief for alleged

17   civil rights violations.  *See* 42 U.S.C. § 1983.  However, he has not filed a complaint, nor has he

18   paid the filing fee or filed an application for leave to proceed *in forma pauperis*.

19        A complaint is necessary for the commencement of a civil action and must contain a

20   short and plain statement of plaintiff's claim, showing that he is entitled to relief.  Fed. R. Civ. P.

21   3; Fed. R. Civ. P. 8.  Plaintiff may draft his claims on the form complaint used by this court.

22        To proceed with a civil action, a plaintiff must pay the $350 filing fee required by 28

23   U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust

24   account statement required by 28 U.S.C. § 1915(a).  Section 1915(a)(2) requires "a prisoner

25   seeking to bring a civil action without prepayment of fees or security therefor, in addition to

26   filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund

1

1 account statement (or institutional equivalent) for the prisoner for the 6-month period

2 immediately preceding the filing of the complaint . . . , obtained from the appropriate official of

3 each prison at which the prisoner is or was confined." In order to proceed, plaintiff must either

4 pay the filing fee or comply with the *in forma pauperis* statute.

5   Accordingly, it is hereby ORDERED that:

6   1. The Clerk of the Court shall send to plaintiff the form complaint and application for

7 leave to proceed in forma pauperis used in this court.

8   2. Withing 30 days of the date of this order, plaintiff shall either pay the $350 filing fee

9 or submit a complete application for leave to proceed in forma pauperis; and

10   3. Within 30 days of the date of this order, plaintiff shall submit a complaint stating the

11 nature of the action and his belief that he is entitled to redress. Failure to comply with this order

12 will result in a recommendation that this action be dismissed.

13 DATED: July 20, 2010.

14

15     EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26